45 A.3d 403

**COMMONWEALTH ex rel. Hugo BRUNO, Petitioner**

v.

**Michael WENEROWICZ, Superintendent State Correctional Institute at Graterford, Respondent.**

**No. 3 EM 2012.**

Supreme Court of Pennsylvania.

May 31, 2012.

*ORDER*

PER CURIAM.

**AND NOW,** this 31st day of May, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus and the Motion to File Reply to Answers are **DENIED.**